Leo O'Connell, Appellant, v. Margaret O'Connell, Respondent.— Order denying plaintiff's motion to discontinue an action brought for a separation affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

Viola Perez, an Incompetent, by Annette Perez, Her Guardian ad Litem, Respondent, v. O'Toole Motor Renting Service, Inc., Appellant, and Thomas Connor, Defendant.— Judgment, in an action to recover damages for personal injuries resulting from the defendant's negligence in the operation of an automobile, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

The People of the State of New York, Respondent, v. Harold James McKinley, Alias Harold McKinley, Appellant.— Judgment of the County Court of Queens county convicting defendant of the crime of abandoning a child in destitute circumstances and order denying defendant's motion for a new trial unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

Vivian Rega, an Infant, by Harry Rega, Her Guardian ad Litem, and Harry Rega, Respondents, v. Luna Amusement Company and Another, Appellants.— Action to recover damages for personal injuries to infant plaintiff, suffered while on a " slide " maintained for profit for amusement of defendants' patrons, and alleged to have been caused by negligence of defendants; and by the father to recover damages for expenditures and loss of services. Verdict for plaintiffs. Judgment for plaintiffs unanimously affirmed, with one bill of costs. No opinion. In view of the decision on the appeal, the motion (No. 1413) to dismiss the appeal as to defendant Luna Amusement Company, denied without prejudice on December 3, 1934, and renewed on the argument, is dismissed, without costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.